JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GOODIE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | Case No. 2:14-cv-08233-RGK-AGR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: July 09, 2015   _____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE